**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Marek Menger v. Sherry Menger

Appellate case number:     01-18-00848-CV

Trial court case number:    2016-06434

Trial court:                          310th District Court of Harris County

Jason B. Ostrom has filed an unopposed motion for leave to withdraw as counsel for appellant, Marek Menger.[1] However, the motion does not comply with Texas Rule of Appellate Procedure 6.5. The motion does not (1) contain appellant's last known address and telephone number or (2) indicate that the motion was delivered to appellant "in person or mailed—both by certified and first-class mail—to [appellant] at [his] last known address." *See* TEX. R. APP. P. 6.5(a)(2), (3), (b). Accordingly, the motion is **denied** without prejudice to refiling same.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                              ☑ Acting individually      ☐ Acting for the Court

Date:    January 10, 2019

---

[1]     We note that R. Keith Morris, III, whose name appears on the notice of appeal and motions filed in this proceeding, has appeared as counsel for appellant in this Court. *See* TEX. R. APP. P. 6.2.